**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-05-235 (2) |
| | § | C.A. No. C-06-45 |
| JOSE RAMIREZ-CRUZ, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Jose Ramirez-Cruz's motion to vacate,

set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 7th day of September, 2006.

_____
Janis Graham Jack
United States District Judge